**Angel L. MENDOZA–RODRIGUEZ, Claimant–Appellee,**

v.

**James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent– Appellant.**

**No. 2005–7024.**

United States Court of Appeals, Federal Circuit.

March 7, 2008.

Angel L. Mendoza–Rodriguez, pro se.

Before PROST, Circuit Judge, FRIEDMAN, Senior Circuit Judge, and MOORE, Circuit Judge.

## ORDER

PER CURIAM.

The Secretary of Veterans Affairs responds to the court's December 3, 2007 order and requests that the court summarily affirm the judgment of the United States Court of Appeals for Veterans Claims in *Mendoza–Rodriguez v. Principi,* 02–238, 2004 WL 1631410 (July 20, 2004).

The Board of Veterans' Appeals denied service connection for post-traumatic stress disorder (PTSD). The Court of Appeals for Veterans Claims vacated the Board's decision with respect to the PTSD claim and remanded.*

This case was stayed pending the court's disposition in *Roan v. Principi,* 2004–7093,

which was stayed pending the court's disposition in *Sanders v. Nicholson,* 487 F.3d 881 (Fed.Cir.2007), and its companion case *Simmons v. Nicholson,* 487 F.3d 892 (Fed. Cir.2007). In *Sanders,* this court held that any 38 U.S.C. § 5103(a) error should be presumed prejudicial and the Secretary has the burden of rebutting this presumption. *Id.* at 891.

The court agrees that summary affirmance of the judgment vacating in part and remanding to the Board is appropriate in light of our decisions in *Simmons* and *Sanders.*

Accordingly,

IT IS ORDERED THAT:

(1) The stay of proceedings is lifted.

(2) The judgment of the Court of Appeals for Veterans Claims is summarily affirmed. The case is remanded.

(3) Each side shall bear its own costs.

**Gregorio D. RINON, Claimant– Appellee,**

v.

**James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent– Appellant.**

**No. 2005–7031.**

United States Court of Appeals, Federal Circuit.

March 7, 2008.

---

* The Court of Appeals for Veterans Claims determined that Angel L. Mendoza-Rodriguez's

claim relating to an overpayment of pension benefits was abandoned.